UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSA GARO,

       Plaintiff,

-against-

TENAGLIA & HUNT, P.A.,

       Defendant.

Case No.: 24 Civ. 09812

To the Clerk and all Parties of Record:

Please enter my appearance as one of the counsels representing Plaintiff, Rosa Garo, in the above-captioned action. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: December 23, 2024

                                                 Respectfully submitted,

                                                 Washcarina Martínez Alonzo, Esq.
                                                 Attorney Registration No.: 5342126
                                                 Manhattan Legal Services
                                                 1 West 125th St., 2nd Fl.
                                                 New York, NY 10027
                                                 Phone: (646) 442-3163
                                                 Fax: (646) 859-8212
                                                 wmartinezalonzo@lsnyc.org