**LEGAL
SERVICES
NYC** | MANHATTAN

The Court granted defendant's motion for an extension in its
memorandum endorsement at Dkt. 22. The Clerk of Court is
respectfully directed to terminate the motion at ECF No. 21.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 24, 2025

June 5, 2025

The Honorable Judge Arun Subramanian
United States District Court Judge
VIA ECF

Re: *Rosa Garo v. Tenaglia & Hunt, P.A.* , 24-cv-9812
    Opposition to Defendant's Letter Motion for an Extension of Discovery Deadlines

Dear Judge Subramanian:

The Defendant in this action filed an application on June 4, 2025, requesting to extend all
existing discovery deadlines by forty-five days. Although the Court's Individual Rules do not
contemplate a response, the Court's Rules do require that any such application include "the
reasons given by the adversary for refusing to consent." As Defendant did not include Plaintiff's
reasons in its application, Plaintiff respectfully writes to bring those reasons to the Court's
attention so that the Court has all requested information to make a decision on the Defendant's
application.

Defendant is seeking a 45-day extension of all discovery deadlines but has provided no reason or
justification for the necessity of this extension. The current deadline for the end of discovery is
still over seven weeks away. Additionally, Defendant has not proposed any new deadlines by
which it will provide supplemental responses to Plaintiff's discovery requests, served on April
11, 2025. Plaintiff informed Defendant that she could not consent to a 45-day extension without
being given any reason for the lengthy delay and without any kind of schedule for production.

In a meet and confer on May 22, 2025, the parties mutually agreed to an extension for Defendant
to supplement its interrogatory responses and discovery production by May 28, 2025, and June 4,
2025, respectively. Plaintiff then consented to an additional one-week extension and asked that if
Defendant needed a further extension, Defendant provide Plaintiff with a list of the specific
discovery requests that it needed more time to comply with, proposed dates for compliance, and
a justification for the extension requested.

Defendant's counsel did not respond to Plaintiff's last email offering an extension, but instead
filed the instant application to the court.

Demand Justice.

**Manhattan Legal Services** | 2090 Adam Clayton Powell Jr. Blvd, 5th Floor, New York, NY 10027
Phone: 646-442-3100 | Fax: 646-882-8712 | www.LegalServicesNYC.org
**Peggy Earisman**, Project Director | **Linton Mann III**, Board Chair


LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION

Plaintiff's counsel would also like to correct Defendant's statement that the parties have been engaging in a back and forth conversation to narrow discovery disputes. There has been no such discussion.  The meet and confer allowed the parties to discuss deficiencies in Defendant's responses identified by Plaintiff, and Defendant agreed to supplement its responses.

Respectfully submitted,


_____/s/_____
Mary McCune
Manhattan Legal Services
*Attorneys for Plaintiff*
2090 Adam Clayton Powell, Jr. Blvd, 5th Fl.
New York, NY 10027
(646) 442-3143 (phone/fax)
mmccune@lsnyc.org